**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MEDRANO, | CASE NO. CV 13-04303 BRO (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| CONNIE GIPSON, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of JOSE MEDRANO, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: November 21, 2014

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE